# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 1:18-cv-05833-MHC |
| ) | |
| QUICK SHOP CITGO, LLC and ) | |
| RIDDHI ALI, INC., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT RIDDHI ALI, INC.'S ANSWER TO COMPLAINT

COMES NOW the Defendant, Riddhi Ali, Inc.'s ("Defendant"), by and through undersigned counsel, and files this Answer to the Complaint [Doc. 1] brought by the Plaintiff, Jessica Blinkhorn ("Plaintiff"), respectfully showing as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted in whole or in part.

### SECOND DEFENSE

Plaintiff's claims is barred by the doctrines of estoppel and waiver.

### THIRD DEFENSE

Plaintiff's claims is barred by the doctrine of unclean hands.

## FOURTH DEFENSE

Plaintiff's Complaint is barred as Plaintiff lacks standing to bring this action.

## FIFTH DEFENSE

Plaintiff's Complaint is barred in whole or in part because of the lack of injury or damages sustained by Plaintiff.

## SIXTH DEFENSE

Plaintiff's claims are barred as no acts or omissions by Defendant, actual or alleged, proximately caused the injuries or damages to the Plaintiff as alleged.

## SEVENTH DEFENSE

Plaintiff's Complaint is barred to the extent that the damages alleged by Plaintiff arose from the acts or omissions of the Plaintiff or other third parties.

## EIGHTH DEFENSE

Plaintiff's Complaint is barred by the failure of Plaintiff to mitigate damages.

## NINTH DEFENSE

Plaintiff's claims is barred due to the lack of a bona fide and justiciable controversy.

## TENTH DEFENSE

Plaintiff's Complaint is barred for failure to plead claims with sufficient specificity.

## ELEVENTH DEFENSE

Turning to the specific allegations of the Complaint, Defendant responds as follows:

## JURISDICTION

1.

Admitted.

## PARTIES

2.

Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 2 of the Complaint; therefore, said allegations are denied.

3.

Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 3 of the Complaint; therefore, said allegations are denied.

4.

Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 4 of the Complaint; therefore, said allegations are denied.

5.

Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 5 of the Complaint; therefore, said allegations are denied.

6.

Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 6 of the Complaint; therefore, said allegations are denied.

7.

Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 7 of the Complaint; therefore, said allegations are denied.

8.

Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 8 of the Complaint; therefore, said allegations are denied.

9.

Admitted.

10.

Admitted.

11.

Admitted.

12.

Admitted.

## FACTUAL ALLEGATIONS

13.

Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 13 of the Complaint; therefore, said allegations are denied.

14.

Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 14 of the Complaint; therefore, said allegations are denied.

15.

Defendant denies the allegations contained in Paragraph 15 of the Complaint.

16.

Defendant denies the allegations contained in Paragraph 16 of the Complaint.

17.

Defendant denies the allegations contained in Paragraph 17 of the Complaint.

18.

Defendant denies the allegations contained in Paragraph 18 of the Complaint.

## COUNT I
## VIOLATIONS OF THE ADA AND ADAAG

19.

The laws and code sections referenced by Plaintiff speak for themselves; all other allegations contained in Paragraph 19 of the Complaint are denied.

20.

The laws and code sections referenced by Plaintiff speak for themselves; all other allegations contained in Paragraph 20 of the Complaint are denied.

21.

The laws and code sections referenced by Plaintiff speak for themselves; all other allegations contained in Paragraph 21 of the Complaint are denied.

22.

Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 22 of the Complaint; therefore, said allegations are denied.

23.

Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 23 of the Complaint; therefore, said allegations are denied.

24.

The laws and code sections referenced by Plaintiff speak for themselves; all other allegations contained in Paragraph 24 of the Complaint are denied.

25.

The laws and code sections referenced by Plaintiff speak for themselves; all other allegations contained in Paragraph 25 of the Complaint are denied.

26.

The laws and code sections referenced by Plaintiff speak for themselves; all other allegations contained in Paragraph 26 of the Complaint are denied.

27.

The laws and code sections referenced by Plaintiff speak for themselves; all other allegations contained in Paragraph 27 of the Complaint are denied.

28.

Defendant denies the allegations contained in Paragraph 28 of the Complaint.

29.

Defendant denies the allegations contained in Paragraph 29 of the Complaint.

30.

Defendant denies the allegations contained in Paragraph 30 of the Complaint.

31.

Defendant denies the allegations contained in Paragraph 31 of the Complaint.

32.

Defendant denies the allegations contained in Paragraph 32 of the Complaint, including all subparts thereto.

33.

Defendant denies the allegations contained in Paragraph 33 of the Complaint.

34.

Defendant denies the allegations contained in Paragraph 34 of the Complaint.

35.

Defendant denies the allegations contained in Paragraph 35 of the Complaint.

36.

Defendant denies the allegations contained in Paragraph 36 of the Complaint.

37.

Defendant denies the allegations contained in Paragraph 37 of the Complaint.

38.

Defendant denies the allegations contained in Paragraph 38 of the Complaint.

39.

Upon information and belief, Defendant denies the allegations contained in Paragraph 39 of the Complaint.

40.

The laws and code sections referenced by Plaintiff speak for themselves; all other allegations contained in Paragraph 40 of the Complaint are denied.

41.

Defendant denies the allegations contained in Paragraph 41 of the Complaint.

42.

Defendant denies the allegations contained in Paragraph 42 of the Complaint.

43.

Defendant denies the allegations contained in Paragraph 43 of the Complaint.

44.

Defendant denies the allegations contained in Paragraph 44 of the Complaint.

45.

Defendant denies the allegations contained in Paragraph 45 of the Complaint.

46.

Any and all remaining allegations contained in the Complaint not specifically addressed herein, including any and all subparts and prayers for relief, are hereby expressly denied.

**WHEREFORE**, having fully answered Plaintiff's Complaint, Defendant prays for the following:

a) That this Court dismiss the claims brought against Defendant in this action;

b) That Defendant have and receive judgment against Plaintiff on all Counts of the Complaint;

c) That Defendant be awarded its reasonable attorney fees and expenses of

litigation in having to defend this action against Plaintiff;

      d)     That Defendant have a trial by jury on all issues so triable; and

      e)     That Defendant receive all other relief deemed just and proper.

Respectfully submitted, this 8th day of April, 2019.

                                MILLS & HOOPES, LLC
                                Attorneys for Defendant
                                Riddhi Ali, Inc.

                                */s/ Timothy S. Walls*
                                Timothy S. Walls
                                Georgia Bar Number 735030
                                Justyn D. Alioto
                                Georgia Bar Number 369874

1550 North Brown Road
Suite 130
Lawrenceville, Georgia 30043
Telephone (770) 513-8111
Facsimile (770) 513-8150
tim@millshoopeslaw.com
justyn@millshoopeslaw.com

## FONT CERTIFICATION

In compliance with Local Rule 7.1(D), counsel for Defendant certifies that this filing was prepared using a font and point selection approved by the Court in Local Rule 5.1(B), Times New Roman 14.

Respectfully submitted, this 8th day of April, 2019.

                                              MILLS & HOOPES, LLC
                                              Attorneys for Defendant
                                              Riddhi Ali, Inc.

                                              */s/ Timothy S. Walls*
                                              Timothy S. Walls
                                              Georgia Bar Number 735030
                                              Justyn D. Alioto
                                              Georgia Bar Number 369874

1550 North Brown Road
Suite 130
Lawrenceville, Georgia 30043
Telephone (770) 513-8111
Facsimile (770) 513-8150
tim@millshoopeslaw.com
justyn@millshoopeslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the undersigned electronically filed DEFENDANT RIDDHI ALI, INC.'S ANSWER TO COMPLAINT with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications to the following counsel of record:

Craig J. Ehrlich, Esq.
THE LAW OFFICE OF CRAIG J. EHRLICH, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306

This 8th day of April, 2019.

        MILLS & HOOPES, LLC
        Attorneys for Defendant
        Riddhi Ali, Inc.

        */s/ Timothy S. Walls*
        Timothy S. Walls
        Georgia Bar Number 735030
        Justyn D. Alioto
        Georgia Bar Number 369874

1550 North Brown Road
Suite 130
Lawrenceville, Georgia 30043
Telephone (770) 513-8111
Facsimile (770) 513-8150
tim@millshoopeslaw.com
justyn@millshoopeslaw.com