# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JESSICA BLINKHORN,

    Plaintiff,

v.

QUICK SHOP CITGO, LLC. and
RIDDHI ALI, INC.,

    Defendants.

CIVIL ACTION FILE

NO. 1:18-CV-5833-MHC

## ORDER

The parties having announced settlement, the Court hereby **DIRECTS** the Clerk to administratively close this case. The parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 13th day of May, 2019.

*/s/ Mark H. Cohen*
MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.